NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 006793
NATHAN D. SEVERSON, ESQ.
Nevada Bar No.: 009686
ALVERSON, TAYLOR,
MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Tel: (702) 384-7000
Fax: (702) 385-7000
*Attorneys for Defendant*
*Western United Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

****

| | |
|---|---|
| BRENDA HARRAH, individually;<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN UNITED INSURANCE COMPANY; DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>Defendants. | Case No.: 2:12-cv-00667-GMN-PAL |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, BRENDA HARRAH, through her counsel of record, BERNSTEIN & POISSON and Defendant WESTERN UNITED INSURANCE COMPANY d/b/a AAA NEVADA INSURANCE

. . .

. . .

. . .

. . .

1

NRR-19664

1  COMPANY, through its counsel of record, ALVERSON, TAYLOR, MORTENSEN &
2  SANDERS and RANALLI & ZANIEL, that this matter be dismissed with prejudice as to all
3  parties, each party to bear their own costs and attorney's fees.
4  DATED this ___ day of August, 2012.                    DATED this 6th day of September, 2012.
5  BERNSTEIN & POISSON                                     ALVERSON, TAYLOR, MORTENSEN &
6                                                          SANDERS
7
8  Jack Q. Berstein, Esq.                                 NATHAN R. REINMILLER, ESQ.
9  BERNSTEIN & POISSON                                    Nevada Bar No.: 006793
   320 South Jones Boulevard                              NATHAN D. SEVERSON, ESQ.
10 Las Vegas, Nevada 89107                                Nevada Bar No.: 009686
   *Attorneys for Plaintiff*                              7401 W. Charleston Boulevard
11                                                        Las Vegas, NV 89117
12                                                        *Attorneys for Defendant*
13
14 DATED this 6 day of August, 2012.
15 RANALLI & ZANIEL
16
17
18
   George M. Ranalli, Esq.
19 Jason Andrew Fowler, Esq.
   2400 W. Horizon Ridge Parkway
20 Henderson, NV 89052
   *Co-Counsel for Defendant*
21
22
23
24
25
26
27
28

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

## ORDER

IT IS SO ORDERED that this matter be dismissed with prejudice as to all parties, each party to bear their own costs and attorney's fees.

**DATED** this 11th day of September, 2012.

_____
Gloria M. Navarro
United States District Judge

Respectfully Submitted by:

ALVERSON, TAYLOR, MORTENSEN & SANDERS

_____
NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 006793
NATHAN D. SEVERSON, ESQ.
Nevada Bar No.: 009686
7401 W. Charleston Boulevard
Las Vegas, NV 89117
*Attorneys for Defendant*
*Western United Insurance Company*

3

NRR-19664